Estate of Polly Dunham, appellee, v. Estate of Abraham Stephens, appellant.

· Petition for order of distribution of estate. Order sustaining demurrer to petition. Appeal from the Circuit Court of McLean county; the Hon. Thomas M. Harris, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919. *Certiorari* denied by Supreme Court (making opinion final).

De Mange, Gillespie & De Mange and Sterling, Livingston & Whitmore, for appellant. Thurman, Hume & Kennedy and William R. Bach, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Murray Brothers & Ward Land Company, appellant, v. Mary E. Woodrow, appellee.

Appeal from the Circuit Court of Coles county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1918. Affirmed for insufficiency of record. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

Mills Brothers, for appellant. Donald B. Craig, Dobbins & Dobbins, Edward C. Craig and James W. Craig, Jr., for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

W. T. Dodsworth, appellee, v. J. C. Anderson, appellant.

Action for forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

O. P. Thompson and P. P. Thompson, for appellant. Bellatti, Bellatti & Moriarty, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

First State Bank, appellant, v. Charles H. Werner, appellee.

Action to recover money demand under written instrument. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Chapin & Chapin, for appellant. Stevens & Herndon, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Oscar Crane, appellant, v. William Heraty, appellee.

Action of replevin. Judgment for defendant. Appeal from the Circuit Court of Greene county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Sumner & Reardon, for appellant. Whiteside & Wright, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.